1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOCELYN BURTON (CSBN 135879)
   Chief, Civil Division
3  STEVEN J. SALTIEL (CSBN 202292)
4  Assistant United States Attorney
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California  94102
        Telephone:  (415) 436-6996
6       Fax:  (415) 436-6748
7  Attorneys for Plaintiff
   SUSANNE LEWALD (CSBN 121384)
8  Regional Solicitor
   SUSAN GILLETT KUMLI (CSBN 131114)
9  Trial Attorney, SAUSA
10 Office of the Solicitor
   United States Department of Labor
11 71 Stevenson Street, Suite 1110
   San Francisco, California 94105
12 Telephone:  (415) 975-4480

13                        UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15                          SAN FRANCISCO DIVISION

16

17 ELAINE L. CHAO, Secretary of Labor,      )        No.CIV-02-2859 JSW
   UNITED STATES DEPARTMENT OF LABOR,       )
18                                           )
          Plaintiff,                         )
19                                           )
                                             )        **STIPULATION AND ORDER FOR**
20             v.                            )        **VOLUNTARY DISMISSAL OF**
                                             )        **COMPLAINT AND COUNTERCLAIM**
21 CALIFORNIA NURSES ASSOCIATION,           )
                                             )
22        Defendant                          )        **[FRCP Rule 41(a)(1)]**
                                             )
23 _____)

24                          **STIPULATION FOR DISMISSAL**

25

26        Plaintiff, Secretary of Labor, United States Department of Labor ("the Secretary") and

27 Defendant, California Nurses Association ("CNA") hereby stipulate to the dismissal of this action in its

28

   Stipulation and Proposed Order for Voluntary Dismissal of Complaint and Counterclaim
   Civ. No. C 02-02859 JSW

1    entirety and request the Court to approve this dismissal, pursuant to Rule 41(a)(1) of the Federal Rules

2    of Civil Procedure, in consideration of the terms and conditions described below.

3        1.    This action arises out of a complaint filed by the Secretary pursuant to Title IV of the

4    Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, et seq. (the "LMRDA"),

5

6    and Department of Labor regulations implementing the LMRDA.   The Secretary's complaint alleged

7    that CNA failed to mail an election notice to each member at his or her last known home address at

8    least fifteen days prior to the election, and denied eligible members the opportunity to vote by failing to

9    mail its election ballot to each member at his or her last known home address.

10

11        2.    CNA filed its Answer and a Counterclaim in this action against the Secretary for

12   violations of the Administrative Procedure Act ("APA"), 29 U.S.C. §§ 551. et seq., alleging that the

13   Secretary was using its complaint against CNA to adopt material changes to Department of Labor

14   regulations.  CNA alleged that the Secretary was seeking to adopt a new strict liability rule for

15   determining violations of section 401(e) of the LMRDA.

16

17        3.    CNA currently requires, and will continue to implement, the following procedures with

18   respect to the election of Union Officers.  The CNA Uniform Election Policy requires a mail ballot

19   election for positions on CNA Board of Directors and statewide Officers, to be conducted by an

20   independent election services agency.  CNA has established certain procedures for updating, correcting

21

22   and maintaining complete and accurate membership records for home address information for use in

23   CNA biennial mail ballot elections.  These procedures are in effect and have been incorporated as an

24   addendum to the CNA Uniform Election Policy.  These procedures are outlined in the CNA Uniform

25   election Policy, Section D.1.A. and Addendum I, *Procedures to Update, Correct, and Maintain*

26   *Accurate Member Home Address Information for Biennial CNA Mail Ballot Elections of Officers.*  See

27

28   Exhibit A, attached hereto.

Stipulation and Proposed Order for Voluntary Dismissal of Complaint and Counterclaim
Civ. No. C 02-02859 JSW

1    4.    Accordingly, the parties agree to the dismissal of these actions in their entirety on the

2    following terms and conditions:

3        A. The Complaint shall be dismissed in its entirety with prejudice.

4
5        B. The Counterclaim shall be dismissed in its entirety with prejudice.

6        C. Plaintiff, the Secretary, and Defendant, CNA, shall bear their own costs and attorneys'

7           fees incurred in the litigation of this action and any portion of the investigation related to

8           this action.  Defendant, CNA , will not seek recovery of fees and costs incurred in

9           defending this action pursuant to the Equal Access to Justice Act, 29 U.S.C. § 2412, et

10
11          seq.

12   5.    In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties

13   respectfully request the Court to enter an order dismissing this action in its entirety, on the terms and

14   conditions provided herein.

15   DATED: *April 14, 2003*          HOWARD M. RADZELY

16                                    Acting Solicitor of Labor
                                      SUSANNE LEWALD
17                                    Regional Solicitor

18                                    BY _____
19                                       SUSAN GILLETT KUMLI
                                         Attorney for
20                                       U. S. Department of Labor

21   DATED: *April 15, 2003*          LAW OFFICES OF JAMES EGGLESTON
22                                    JAMES E. EGGLESTON

23                                    _____
24                                    Attorneys for Defendant
                                      California Nurses Association
25

26   IT IS SO ORDERED

27   DATED:                           _____
28                                    JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order for Voluntary Dismissal of Complaint and Counterclaim
Civ. No. C 02-02859 JSW

# EXHIBIT A

## STIPULATION AND ORDER FOR VOLUNTARY
## DISMISSAL OF COMPLAINT AND COUNTERCLAIM

### *Chao v. California Nurses Association*
### USDC N.D. Cal. No. C-02-2859-JSW

**D.      ELECTIONS AND APPOINTMENTS**

**1.      Uniform Election Policy**

        **A.      Eligibility to Vote**

CNA members who are in good standing on the applicable date for eligibility determination (45 days prior to ballot mailing) are eligible to vote.  In order to be and remain in "good standing" a CNA member must maintain compliance with the requirements of Article III of the CNA Bylaws, including the requirement for timely payment of CNA dues. (Article III, section 2.D.)

A CNA member in good standing whose dues are deducted from wages by her/his employer pursuant to a voluntary authorization provided for in a collective bargaining agreement will not be disqualified from voting by reason of the employer's delay or default in remitting payment of dues to CNA, or because of incomplete or inaccurate information received by CNA from the employer, including current home address (or other deliverable address) information required for mailing election notices and ballots.

CNA has established procedures for updating and correcting home address information in membership records.  (See **Addendum I, *CNA Procedures to Update, Correct and Maintain Accurate Member Home Address Information for Biennial CNA Mail Ballot Elections of Officers.***)   However, it is the responsibility of members to advise CNA of any such delay or default in payment of member dues, to provide CNA with such other information as may be necessary for the member's proper exercise of the right to vote in CNA elections, and to make such inquiries as are reasonably necessary to determine membership and to timely inform CNA of information necessary to complete or correct the member's record, restore and maintain good standing status, and allow for mailing of election notices and ballots to a current, deliverable address for each member. (Under these Uniform Rules, the voting eligibility and ballot mailing lists is prepared and made available for inspection by candidates for a period beginning 30 days prior to ballot mailing.  A member may inquire at any time about membership status, voting eligibility and/or mailing address information in the member's record to be used for election notice and ballot mailing purposes.  Errors in the member's record may be corrected upon presentation of sufficient information necessary to correct or complete the record and assure timely mailing of election notices and ballots to eligible members at current, deliverable addresses.   A member who is not mailed or does not who does not receive a mailed ballot may also request and vote a Duplicate Ballot under the provisions of Section C.10 of these Uniform Rules.) . . . .

1

## ADDENDUM I -- CNA UNIFORM ELECTION POLICY

## Procedures to Update, Correct, and Maintain Accurate Member Home Address Information for Biennial CNA Mail Ballot Officer Elections

### 1.   Comprehensive Review by Independent Experts

At least annually, CNA engages specialized direct mail consultants to conduct a comprehensive evaluation and correction of the entire membership home address record using the United States Postal Service National Change of Address and Carrier Route Certification Software. This comprehensive annual review and correction of CNA membership record address is conducted in October or November of the year immediately preceding the CNA biennial election of officers for purposes of updating and improving the accuracy of membership home address information for the upcoming CNA elections.

### 2.   Returned Mail Procedures

CNA's monthly news magazine for members, the *Cal Nurse*, is mailed to members via Second Class mail in order to obtain undelivered returns from the U.S. Postal Service for purposes of correcting and updating home address information in CNA membership records. The return information received from the Postal Service indicates either *bad address* (i.e., undeliverable) with "no forwarding address" or *bad address* with a new updated, deliverable address. The updated address information is entered into the CNA membership record system; bad address returns indicating "no forwarding address" are submitted to Bad Address Correction procedures (see below).

### 3.   Bad Address Correction–Employer Update Procedures

When CNA learns that a member address is no longer accurate and deliverable, as with receipt of return "undeliverable mail," the membership record is updated to reflect a "bad address" status. Each member whose record indicates a "bad address" status is identified in a Bad Address Report sent monthly to CNA contract employers which identifies all CNA members employed by the employer who have a "bad address" status and requests updated home address information for the employee. When updated home address information is received from employers, the membership record address is corrected and the "bad address" status is removed. Bad Address Reports and requests to employers for updated home address information are sent monthly to employers for each CNA member/employee with a bad address status.

### 4.   Personal Contacts With Employer Representatives

If Bad Address Correction procedures do not produce timely employer responses with updated home address information, the CNA Membership Department and/or CNA Labor Representative for the facility contacts employer representatives responsible for reporting bargaining unit employee information to CNA in order to make special arrangements for obtaining updated home address information from the employer.

### 5.   Verification and Correction of Home Address Records Through Professional Data Bases

2

During preparation of the eligibility list for CNA biennial mail ballot elections of officers, CNA record home address information for members is verified and updated through comparison with external data bases for registered nursing professional and licensing organizations.

### 6.   Posting and Publishing Address Correction Notices

During the election period, CNA posts notices in contract facilities, publishes a notice in an issue of the *Cal Nurse,* and posts a notice on the CNA web site announcing the election and requesting members to advise CNA of any changes in a member's home address in order to assure timely receipt of a mail ballot.

### 7.   Duplicate Ballot Procedures

In the event a member with "bad address" status is not included in the initial ballot mailing because her/his CNA membership record does not contain complete or accurate address information, the member can obtain and vote a duplicate ballot in accordance with established duplicate ballot procedures.  (See CNA Uniform Election Policy, § 1.C.10.)   This right and duplicate ballot procedures are the subject of a notice published during the election period in the *Cal Nurse.*