**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L CHAO, | No. C 02-02859 JSW |
|       Plaintiff, | |
|   v. | **ORDER GRANTING STIPULATION OF DISMISSAL OF COMPLAINT AND COUNTERCLAIM** |
| CALIFORNIA NURSES ASSOCIATION, | |
|       Defendant. | |

The stipulation for dismissal filed on April 17, 2003 in the above captioned case is **GRANTED**. The Complaint and Counterclaim are dismissed in their entirety. The parties shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: April 17, 2003

                               /s/
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE